UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NORMAN D. CARLTON, pro se,**

    **Plaintiff,**

**v.**                                                            Case No.  8:08-cv-1551-T-30TGW

**HARTLINE,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter comes before the Court *sua sponte*. On April 17, 2009, this Court entered an Endorsed Order (Dkt. #17) granting Defendant's Motion to Dismiss without prejudice. This Court's Order gave Plaintiff twenty (20) days to file an amended complaint in order to make a more definite statement regarding his claims. Plaintiff failed to file an amended complaint without the allotted time period. In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 2, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1551.dismiss order 17.wpd